Roig Commercial Bank, Plaintiff and Appellee, v. Manuel
Pascual, Defendant and Appellant; R. Riancho & Co.,
Defendant.

No. 7265. Argued February 17, 1936.—Decided February 27, 1936.

A. Lamour for appellant. González Fagundo & González, Jr., for
appellee.

Mr. Justice Wolf delivered the opinion of the court.

Appellee moves to dismiss an appeal because it was taken
on the 11th of July 1935, and nothing has been done since
and because the appeal is frivolous.

The appellant admits, as he must, that there was an ex
parte trial and judgment rendered against him on several
causes of action. He maintains, however, that the plaintiff
originally, after answer, moved for judgment on the plead-
ings; that no action was taken by the court on this motion;
that the defendants waited for the disposition of this mo-
tion; that hence they had paid no attention to the calling of
the general calendar. Most of these matters are made to
appear, not by certificates from the record, but by the oath
of the attorney for appellant.

We have the idea that attorneys of a particular court
should follow the general calendar when their cases are at
issue, but as the appellee maintained, any matter of this
sort could have been presented to the district court in a mo-
tion for reconsideration and we find support for this idea in
the fact that the appeal involves a question of notice and no
part of the record is before us other than by affidavit of the
attorney for the appellant.

Even if it could be supposed that we had a discretion to overlook the long delay in this court and the appellant might justify his position in regard to the lack of notice of the setting of the case, under the recited circumstances we should not exercise such a discretion in his behalf.

The appeal should be dismissed.

Mr. Justice Córdova Dávila took no part in the decision of this case.